**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

Jose R. Villa

Debtor

Chapter 13 No.    11-45115

Judge    Deborah L. Thorne

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on April 11, 2017, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Ross T. Brand

**Certificate of Service**

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. on April 11, 2017 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.1485

**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

**SERVICE LIST**

Jose R. Villa
5133 S. Trumbull Ave
Chicago, IL 60632

Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Ted Smith
Smith Ortiz PC
4309 W. Fullerton Avenue
Chicago, IL 60639